**HOLLAND & KNIGHT LLP**
Rachel C. Agius (CA Bar No. 305934)
Chelsea Ashbrook McCarthy (IL Bar No. 6288964, *admitted pro hac vice*)
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
rachel.agius@hklaw.com
chelsea.mccarthy@hklaw.com
(312) 263-3600

*Attorneys for Defendants, Goal Structured Solutions, Inc. Employee Stock Ownership Plan, Ken Ruggiero, and Lisa Cohen*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HORAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOAL STRUCTURED SOLUTIONS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, an ERISA-regulated retirement benefit plan, et al., <br><br> Defendants. | CASE NO.  20CV2290 AJB MSB <br><br> **JOINT NOTICE OF SETTLEMENT AND MOTION AND STIPULATION TO VACATE CURRENT COURT DATES** <br><br> Complaint filed:  November 24, 2020 <br> Trial date:     None set <br><br> Hon. Anthony J. Battaglia |

Plaintiffs David Horan, Shawn Leo, and Navjeet Sarna, and Defendants Goal Structured Solutions, Inc. Employee Stock Ownership Plan, Ken Ruggiero and Lisa Cohen (collectively, the "Parties") hereby jointly provide notice of settlement and jointly move and stipulate to vacate all currently scheduled court dates based on the following stipulation:

1. The Parties have reached agreement in principle to the terms of a settlement of the above-captioned action;

2. The Parties expect the settlement to be fully consummated no later than January 31, 2022;

3. The Parties expect to file a stipulation for dismissal with prejudice by or shortly after January 31, 2022;

4. Accordingly, the Parties request that the Court vacate all pending court dates in this case.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, subject to the approval by the Court, that the Court vacate all upcoming court dates, and the Parties jointly move and request that the Court enter an order approving this stipulation.

Dated:  December 3, 2021

**Holland & Knight LLP**
Chelsea Ashbrook McCarthy
Rachel C. Agius

By: s/ *Chelsea Ashbrook McCarthy*
Attorneys for Plan Defendants


**CREITZ & SEREBIN LLP**
Joseph A. Creitz
Lisa Serebin

By:  s/ *Joseph A. Creitz*
Attorneys for Plaintiffs

## ECF SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs, and that I have obtained their authorization to affix their electronic signature to this document.

Dated:  December 3, 2021

**Holland & Knight LLP**
Chelsea Ashbrook McCarthy
Rachel C. Agius

By: s/ Chelsea Ashbrook McCarthy
Attorneys for Plan Defendants