**CREITZ & SEREBIN LLP**
Joseph A. Creitz (CBN 169552)
joe@creitzserebin.com
Lisa S. Serebin (CBN 146312)
lisa@creitzserebin.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.466.3090
Fax: 415.513.4475

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HORAN, SHAWN LEO, and NAVJEET SARNA, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GOAL STRUCTURED SOLUTIONS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.,<br><br>Defendants. | Case No.  20CV2290 AJB MSB<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]<br><br>Original Complaint filed: November 24, 2020<br><br>Trial date:          None set<br><br>Hon. Anthony J. Battaglia |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their counsel, hereby stipulate that this entire action is dismissed with prejudice, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 8, 2022

**CREITZ & SEREBIN LLP**
Joseph A. Creitz
Lisa S. Serebin

By: *s/ Joseph A. Creitz*
Attorneys for Plaintiffs

Dated:  February 8, 2022

**HOLLAND & KNIGHT LLP**
Chelsea Ashbrook McCarthy
Rachel C. Agius

By: s/ *Chelsea Ashbrook McCarthy*
Attorneys for Defendants Goal Structured Solutions, Inc. Employee Stock Ownership Plan, Ken Ruggiero and Lisa Cohen

Dated:  February 8, 2022

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: s/ *Jeffrey Russell*
Attorneys for Defendant Argent Trust Co.

## ECF SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures manual, I hereby certify that the content of this document is acceptable to counsel for Defendants Goal Structured Solutions, Inc. Employee Stock Ownership Plan, Ken Ruggiero and Lisa Cohen and Argent Trust Company, and that I have obtained their authorization to affix their electronic signature to this document.

Dated:  February 8, 2022         **CREITZ & SEREBIN LLP**

                               By: *s/ Joseph Creitz*
                                   Joseph A. Creitz
                                   Attorneys for Plaintiffs

STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]
*Horan v. Goal Structured Solutions*, 20CV2290 AJB MSB

-3-